B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
Eastern District of Texas

**In re**  Jana Hutchison Tomez

Case No. _____

**Debtor**

Chapter _____**13**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................  **$5,000.00**

   Prior to the filing of this statement I have received ....................................................................  **$1,172.00**

   Balance Due ................................................................................................................................  **$3,828.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

- Motion to Impose Stay
- Motion to Extend Stay
- Motion to Incur Debt
- Defense of Objection to Discharge
- Defense of Motions for relief after the 2nd such Motion
- Motion for Relief for Divorce Proceeding
- Motion to Sell Property
- Motion to Modify Chapter 13 Plan after Confirmation
- Motion to Retain Tax Refund/or Objection to Trustee's Modification
- Motion to Approve Settlement
- Other Contested matters or Adversary Proceedings
- Discharge Proceeding brought by client, including those related to IRS debt, student loans or marital debt
- Re-opening a bankruptcy case to submit post-filing proof of pre-discharge counseling
- Issues that arise that are not specifically listed in the Retainer
- Dishonored or Cancelled ACH drafts
- Missed or cancelled of appointment/meeting
- Any matter requiring an evidentiary hearing

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**05/06/2024**          **/s/ Juan Tomasino**

*Date*          Juan Tomasino
*Signature of Attorney*

Bar Number: 24033395
Allmand Law Firm, PLLC
860 Airport Fwy Ste 401
Hurst, TX 76054-3264
Phone: (214) 265-0123
Fax: (214) 265-1979

**Allmand Law Firm, PLLC**
*Name of law firm*