Juan Tomasino
State Bar No. 24033395
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TOMEZ, JANA HUTCHISON | § | CASE NO. 24-90101 |
| | § | |
| Debtor | § | CHAPTER 13 |
| | § | |

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on May 7, 2024 the following parties were served a true copy of the Chapter 13 Plan on all the parties via the method indicated below.

<u>**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**</u>

<u>**VIA ELECTRONIC NOTICE THROUGH COURT'S ECF SYSTEM**</u>
Lloyd Kraus docs@ch13tyler.com

US Trustee USTPRegion06.TY.ECF@USDOJ.GOV

<u>**VIA U.S. MAIL**</u>
All parties on the attached matrix.

DATED: May 7, 2024

Respectfully Submitted,

<u>/s/ Juan Tomasino</u>
Juan Tomasino
State Bar No. 24033395
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR