| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-9<br>Case 24-90101<br>Eastern District of Texas<br>Lufkin<br>Tue May  7 12:45:47 CDT 2024 | Beaumont - U. S. Bankruptcy Court<br>300 Willow<br>Suite 112<br>Beaumont, TX 77701-2249 | (p)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 |
| (p)ALLMAND LAW FIRM<br>860 AIRPORT FREEWAY<br>401<br>HURST TX 76054-3264 | Angelina County Appraisal<br>418 N 2nd Street<br>Lufkin, TX 75901-3012 | Aspire Credit Card<br>Attn: Bankruptcy<br>PO Box 105555<br>Atlanta, GA 30348-5555 |
| Attorney General of Texas<br>Bankruptcy Collection Division<br>PO Box 12017<br>Austin, TX 78711-2017 | Capital One<br>By American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 |
| (p)DOCHES CREDIT UNION<br>ATTN LAURA DANIELS<br>823 S UNIVERSITY DR<br>NACOGDOCHES TX 75961-6031 | Fst Premier<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 | Genesis FS Card Services<br>Attn: Bankruptcy<br>PO Box 4477<br>Beaverton, OR 97076-4401 |
| (p)GLOBAL LENDING SERVICES LLC<br>1200 BROOKFIELD BLVD STE 300<br>GREENVILLE SC 29607-6583 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jana Hutchison Tomez<br>799 Gaylon Wallace Rd<br>Lufkin, TX 75901-2263 |
| Jefferson Capital Systems, LLC<br>PO Box 1999<br>Saint Cloud, MN 56302-9617 | Linebarger Goggan Blair & Sampson LLP<br>Attn: Bankruptcy<br>2777 N. Stemmons Freeway 1000<br>Dallas, TX 75207-2328 | Lufkin ISD Appraisal<br>418 N 2nd Street<br>Lufkin, TX 75901-3012 |
| NTTA<br>PO Box 660244<br>Dallas, TX 75266-0244 | Shawn K. Brady<br>6136 Frisco Square Blvd 400<br>Frisco, TX 75034-3251 | TCM, Inc<br>Attn: Bankruptcy<br>PO Box 1945<br>Corinth, MS 38835-1945 |
| Texas Alcoholic Beverage Comm<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Attorney - EAST<br>110 N. College Ste. 700<br>Tyler, TX 75702-7237 | United States Trustee<br>110 N College Suite 300<br>Tyler, TX 75702-7231 | Wakefield & Associates<br>10800 E. Bethany Drive Suite 4<br>Aurora, CO 80014-2697 |
| Juan Tomasino<br>Allmand Law Firm, PLLC<br>860 Airport Fwy<br>Suite 401<br>75206<br>Hurst, TX 76054-3249 | Lloyd Kraus<br>Plaza Tower<br>110 N. College Ave., 12th Floor<br>Tyler, TX 75702-7226 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 21st Mortgage Corp<br>Attn: Bankruptcy 620 Market Street<br>Knoxville, TN 37902 | Allmand Law Firm, PLLC<br>860 Airport Fwy Ste 401<br>Hurst, TX 76054-3264 | Doches Credit Union<br>823 S University Dr<br>Nacogdoches, TX 75961 |

Global Lending Services LLC
Attn: Bankruptcy
PO Box 10437
Greenville, SC 29603

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Jana Hutchison Tomez
799 Gaylon Wallace Rd
Lufkin, TX 75901-2263

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29