# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-90101 |
| JANA HUTCHISON TOMEZ | § | |
| DEBTOR(S), | § | CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**ANGELINA COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on **31st** day of **May**, 2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | |
|---|---|
| NICHOLAS C. INMAN<br>ALLMAND LAW<br>860 AIRPORT FREEWAY, STE. 401<br>HURST, TX 76054 | LLOYD KRAUS<br>PLAZA TOWER<br>110 N. COLLEGE AVE, 12TH FLOOR<br>TYLER, TX 75702 |

        LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
        PO Box 3064
        HOUSTON, TX 77253-3064
        Telephone: (713) 844-3400
        Facsimile: (713) 844-3503
        Email: houston_bankruptcy@lgbs.com

By: /s/ John P. Dillman
     John P. Dillman
     SBN: 05874400 TX